UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:
Barbara Maria Diaz Salabarria          CASE NO. 21-17694-RAM
                                       CHAPTER 13

_____**DEBTOR**\_\_\_\_/

**CERTIFICATE OF SERVICE and CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 9073-1(D)**

I certify that a true copy of this **Objection to Claim #1-1 filed by US Department of Education and Notice of Hearing** were served on **February 17, 2021** as follows:

**The following entities were served by electronic transmission:**
Nancy K. Neidich    e2c8f01@ch13miami.com, ecf2@ch13miami.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**The following entities were served and in the manner indicated below on February 17, 2022.**


U.S. Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, Wi 53708-8973

Great Lakes Educational Loan Services, Inc.
c/o Jennifer Vazquez, as Claims Filing Specialist
2401 International Lane
Madison, WI 53704


    Merrick Garland, U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530
    RRN: 91-7199-9991-7032-3767-0359


    Ariana Fajardo Orshan, U.S. Attorney for the Southern District of Florida
    U.S. Attorney's Office
    99 N.E. 4th Street
    Miami, FL 33132
    RRN: 91-7199-9991-7032-3767-0342

LF-70 (rev. 12/01/09)

        Miguel Cardona, Secretary of Education
        U.S. Department of Education
        400 Maryland Avenue, SW
        Washington, DC 20202
        RRN: 91-7199-9991-7032-3767-0335

**The Law Offices of Patrick L. Cordero, P.A.**
Attorney for the Debtor(s).
7333 Coral Way
Miami, FL 33155
(305) 445-4855 (Ph.)
(305) 445-9483 (facsimile)

   /s/ FILED VIA CM/ECF    .
Miriam V. Marenco, Esq. FBN 86115